THE COMMISSIONER OF PUBLIC CHARITIES OF THE CITY OF NEW YORK, on Complaint of FRANCES BERKOWITZ, Respondent, v. ELI SHIFTER, Appellant.— Order of filiation of the Court of Special Sessions affirmed, with' costs. No opinion. Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concur.

In the Matter of the Application of BRONX PARKWAY COMMISSION, Appellant, to Acquire Title to Lands of the GARTH ESTATES, Respondent. ALEXANDER B. CRANE, as Sole Surviving Executor and Trustee, etc., and Others, Defendants. (Proceeding No.. 4-K.) — Order affirmed, with ten dollars costs and disbursements. Such a motion as this appears to be without precedent. The commissioners of appraisal, however, are respectfully referred to our recent decision of March twelfth (*Matter of Bronx Parkway Commission, ante*, p. 212), opinion by Putnam, J., as to the competency of evidence in such a proceeding. Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concur.

In the Matter of the Petition of the NEW YORK MUNICIPAL RAILWAY CORPORATION and Another, Appellants, Relative to Acquiring Title, etc., on Broadway, in the Borough of Brooklyn, County of Kings, City of New York, v. TOMPKINS REALTY LEAGUE and Others, Defendants, Impleaded with PHILIP H. RENNER and Another, Individually, etc., and Another, Respondents.— Order affirmed, with ten dollars· costs and disbursements. No opinion. Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ., concur.

KELLY ASPHALT BLOCK COMPANY, Respondent, v. BROOKLYN ALCATRAZ ASPHALT COMPANY, Appellant.— Upon reargument, it appears that readjustment and allowance of interest charges between the parties in conformity with the decision of this court show that there was no money due plaintiff from defendant. The judgment appealed from is, therefore, reversed upon the law and the facts, with costs to the appellant, and judgment unanimously directed dismissing the complaint upon the merits, with costs, with appropriate reversal and modification of the findings made by the referee and new findings by this court in accordance with its decision of February 27, 1920, and opinion filed. [See 190 ·App. Div. 750.] Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ., concur. Settle order upon notice. [See *ante*, p. 915.]

SAMUEL KOFFLER, Respondent, v. THE WESTERN UNION TELEGRAPH COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. 'J., Mills, Blackmar, Kelly and Jaycox, JJ., concur.

ELSIE K. KRUSE, Respondent, v. JOHN STERLING DRAKE, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

ANNA C. LASSOE, Respondent, v. MARY MACMAHON and Another, Defendants, Impleaded with SAMUEL J. KROOKS and IDA R. KROOKS, Appellants.— Judgment affirmed, with costs. No opinion. Mills, Putnam, Blackmar and Kelly, JJ., concur; Jenks, P. J., not voting.